# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Mellin | 18944 | 1/13/98 | Affirmed and Reversed in part |
| Doe, In Re: Jane (DOB 9/8/75) | 18098 | 1/14/98 | Vacated and Remanded |
| Hignite v. Hignite | 19624 | 1/20/98 | Vacated and Remanded |
| Yamada v. Yamada | 18626 | 1/22/98 | Affirmed and Reversed in part |
| State v. MacDonald | 19652 | 1/30/98 | Affirmed and Reversed in part |
| Ikeda v. Ikeda | 19646 | 1/30/98 | Affirmed |
| Ching v. Ching | 20196 | 2/5/98 | Affirmed in part, Vacated and Remanded |
| State v. Carle | 19160 | 2/10/98 | Vacated and Remanded |
| Hawai'i Island Escrow, Inc. v. Iland Escrow, Inc. | 18872 | 2/12/98 | Affirmed in part, Vacated and Remanded |
| Ben–Dor v. Jewett | 19551 | 2/13/98 | Reversed, Vacated and Remanded |
| Fancy v. Fancy | 18637 | 2/17/98 | Affirmed |
| Basuel v. Young | 19549 | 2/20/98 | Vacated and Remanded |
| Cassell v. Cassell | 19027 | 2/24/98 | Affirmed |
| State v. Meyers | 19447 | 2/26/98 | Affirmed |
| Ackiss v. Ackiss | 19487 | 2/27/98 | Vacated in part and Affirmed |
| State v. Howard | 20000 | 2/27/98 | Vacated and Remanded |